IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

RECEIVED

Peter Smith

)
)
)
)

Plaintiff(s),

CIVIL ACTION NO.   2:21-cv-00084-ECM-KFP

)
)
)
)

JURY DEMAND (MARK ONE)

☑ YES      ☐ NO

v.

Restaurant Brands International
Inc. et al.

)
)
)
)
)

Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: P. O. Box 1644
Montgomery, Alabama 36102-1644
phone # : (334) 354-4306

2. Name and address of defendant(s): "Burger King" 601 Madison
Avenue Montgomery, AL. 36104          phone = (334) 263-9973

3. Place of alleged violation of civil rights: "Burger King" 601 Madison
Avenue Montgomery, AL. 36104.

4. Date of alleged violation of civil rights: Wednesday 1-27-2021

5. State the facts on which you base your allegation that your constitutional rights have been
violated: I was singled out for harassment based on
my race and gender by restaurant management upon
entering the premises. This was race and gender discrimination.
My civil Rights were violated and I experienced defamation, harassment and
humiliation in front of restaurant staff and other Burger King customers.
They even threatened to call the police on me if I didn't leave the
premises. 42 USC and defamation etc. occurred during this visit
to Burger King at the above location on said date.
I am a homeless black male.

1

6.   Relief requested: For the race and gender discrimination
I am a homeless black male living on the streets of Montgomery, Alabama.
My civil rights were violated and I experienced defamation,
harassment and humiliation in front of restaurant staff and other
Burger King customers for no reason at all. They even threatened to
call the police on me if I didn't leave. For these and other
reasons that I may have not mentioned or may have. I am
asking the sum of $ 300 million dollars for the pain & suffering,
defamation, emotional distress etc., intentional infliction of emotional distress.

Date: 1-28-2021

Peter James Smith

Peter James Smith

Plaintiff(s) Signature

2