IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-84-WKW |
| ) | |
| RESTAURANT BRANDS ) | |
| INTERNATIONAL, INC., and ) | |
| BURGER KING, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 3, 2022, the Magistrate Judge filed a Recommendation (Doc. # 7) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 7) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 2nd day of March, 2022.

                                                   /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE